[Cite as *Bayer v. Ohio Dept. of Transp.*, 2011-Ohio-6577.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

STEPHANIE BAYER

    Plaintiff

    v.

OHIO DEPARTMENT OF TRANSPORTATION

    Defendant

    Case No. 2011-04550-AD

Acting Clerk Daniel R. Borchert

<u>MEMORANDUM DECISION</u>

## FINDINGS OF FACT

{¶1} Plaintiff, Stephanie Bayer, filed a complaint against defendant, Department of Transportation (ODOT), alleging that she suffered tire damage to her 2011 Mini Cooper as a proximate result of negligence on the part of ODOT in maintaining a hazardous condition on Scranton Road. Plaintiff stated the roadway "was in disrepair and full of potholes." Plaintiff recalled the incident occurred on March 15, 2011, at approximately 8:00 p.m. Plaintiff seeks damages in the amount of $246.90, the cost of a new tire. The filing fee was paid.

{¶2} Defendant filed an investigation report requesting plaintiff's claim be dismissed due to the fact the city of Cleveland and not ODOT bears the maintenance responsibility for the roadway where plaintiff's incident occurred. In support of the request to dismiss, ODOT stated, "[d]efendant has performed an investigation of this site and the City of Cleveland takes care of this section of Scranton Road and Clark Avenue (See Map)." ODOT further stated, "[a]s such, this section of roadway is not within the maintenance jurisdiction of the defendant." Consequently, defendant

contended the city of Cleveland is the proper party defendant to plaintiff's action. The site of the damage-causing incident was located in the city of Cleveland.

{¶3} Plaintiff did not file a response.

CONCLUSIONS OF LAW

{¶4} Ohio Revised Code Section 5501.31 in pertinent part states:

{¶5} "Except in the case of maintaining, repairing, erecting traffic signs on, or pavement marking of state highways within villages, which is mandatory as required by section 5521.01 of the Revised Code, and except as provided in section 5501.49 of the Revised Code, no duty of constructing, reconstructing, widening, resurfacing, maintaining, or repairing state highways within municipal corporations, or the bridges and culverts thereon, shall attach to or rest upon the director, but he may construct, reconstruct, widen, resurface, maintain, and repair the same with or without the cooperation of any municipal corporation, or with or without the cooperation of boards of county commissioners upon each municipal corporation consenting thereto."

{¶6} The site of the damage-causing incident was not the maintenance jurisdiction of defendant. Consequently, plaintiff's case is dismissed.



Court of Claims of Ohio

The Ohio Judicial Center

65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

STEPHANIE BAYER

     Plaintiff

     v.

OHIO DEPARTMENT OF TRANSPORTATION

     Defendant

     Case No. 2011-04550-AD

Acting Clerk Daniel R. Borchert

ENTRY OF ADMINISTRATIVE DETERMINATION

     Having considered all the evidence in the claim file and, for the reasons set forth in the memorandum decision filed concurrently herewith, plaintiff's claim is DISMISSED. Court costs are assessed against plaintiff.

_____
DANIEL R. BORCHERT
Acting Clerk

Entry cc:

Stephanie Bayer
9829 Lake Avenue, 402
Cleveland, Ohio  44102

Jerry Wray, Director
Department of Transportation
1980 West Broad Street
Columbus, Ohio  43223

7/13
Filed 8/1/11
Sent to S.C. reporter 12/20/11